State v. White

No error.

Chief Judge BROCK and Judge VAUGHN concur.

STATE OF NORTH CAROLINA v. PAUL WILLIAM WHITE

No. 74ISC411

(Filed 3 July 1974)

APPEAL from *Martin, Perry, Judge,* 12 November 1973 Session of PASQUOTANK County Superior Court. Heard in the Court of Appeals 17 June 1973.

Defendant was charged in a valid bill of indictment with the common law robbery of Garry and Debbie Hooker. Through his court-appointed counsel defendant entered a plea of not guilty, and the following evidence was presented by the State.

Garry Hooker testified that defendant entered the Phillips 66 service station operated by Hooker and his wife and asked to use the restroom. When defendant emerged from the restroom, Hooker and his wife, Debbie, were standing beside the cash register. Defendant opened his coat, displayed a pistol shoved into his pants, and demanded the money from the cash register. Hooker handed defendant a Wachovia Bank bag containing $265.

During the robbery, the station was well lighted and defendant was "at arm's length away" from the cash register. Hooker testified that he had occasion to observe defendant's clothing and his facial and physical characteristics.

Later, on the evening of the robbery, Hooker identified defendant after he had been apprehended by deputies. In court Hooker identified the robber as being defendant, Paul William White.

Hooker testified that as defendant left the scene of the robbery, he crossed the Knobbs Creek Bridge on foot. After the officers apprehended defendant, they searched the area of the bridge and found a blue Wachovia money bag and a four-inch plastic toy pistol. Also in that vicinity the officers discovered footprints which in their opinions were made by the

State v. LaRue

shoes worn by defendant at the time of his arrest. These shoes conformed to the description Hooker gave of the robber's footgear.

Defendant's motion for nonsuit was denied, and he elected not to offer evidence. The jury returned a verdict of guilty, and defendant appealed.

*Attorney General Morgan, by Assistant Attorney General Webb, for the State.*

*Jennette, Morrison and Austin, by John S. Morrison, for defendant appellant.*

MORRIS, Judge.

Defendant, having found no prejudicial error, presents the record for review by this Court. We have examined the record thoroughly, and have concluded that defendant was represented by competent counsel and that he received a fair and impartial trial free from prejudicial error.

No error.

Chief Judge BROCK and Judge VAUGHN concur.